**Order entered October 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00281-CR

**JOE BARRY FERGUSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-35370-U**

## ORDER

The Court **REINSTATES** the appeal.

On August 5, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 30, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 5, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.


                                        /s/      ADA BROWN
                                                 JUSTICE